IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEIDI A. DIAZ BARRIGA,<br>on Behalf of Herself and Others<br>Similarly Situated | §<br>§<br>§ | |
| | § | CIVIL ACTION NO. 5:10-cv-135 OLG |
| Plaintiff, | §<br>§ | |
| vs. | §<br>§ | |
| C.H. GUENTHER & SON, INC.<br>d/b/a THE GUENTHER HOUSE | §<br>§<br>§ | JURY DEMANDED |
| Defendant. | § | |

NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT

Plaintiff Heidi A. Diaz Barriga, on behalf of herself and others similarly situated, files this Notice of Filing Additional Notices of Consent, and would show the Court that, by way of the attached Notices of Consent, the following individuals hereby join this collective action:

1. Michelle Rabenschlag;
2. Esmeralda Herandez;
3. Martin A. Correa;
4. Blanca E. Perez;
5. Sydney M. Figueroa;
6. Alma R. Alonzo;
7. Mireya Valdez; and
8. Martha Garcia.

Respectfully submitted,

By:   /s/ Robert R. Debes, Jr.
ROBERT R. DEBES, JR.
State Bar No. 05626150
Federal ID No. 12308
17 South Briar Hollow Lane, Suite 302
Houston, Texas 77027
Telephone: (713) 623-0900
Facsimile: (713) 623-0951
bdebes@debeslaw.com

OF COUNSEL:
**DEBES LAW FIRM**

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading was served by ECF notification in compliance with the Federal Rules of Civil Procedure on this 19th day of February 2010.

/s/ *Robert R. Debes, Jr.*
_____
ROBERT R. DEBES, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEIDI A. DIAZ BARRIGA, on Behalf of Herself and Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>C.H. GUENTHER & SON, INC. d/b/a THE GUENTHER HOUSE<br><br>Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 5:10-cv-135 OLG |

## NOTICE OF CONSENT

I hereby consent to be a party plaintiff in this case, which is a suit to recover unpaid wages under the Fair Labor Standards Act. By doing so, I hereby designate the named plaintiff, Heidi A. Diaz Barriga (the "Representative Plaintiff"), to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiff's counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further understand that these decisions and agreements, made and entered into by the Representative Plaintiff, will be binding on me by virtue of my signing this consent. I also understand that, by joining this case, I will be bound by the judgment, whether it is favorable or unfavorable

01-24-2010
Date

Michelle Rabenschlag
Printed Name

_/s/ M. Rabenschlag_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEIDI A. DIAZ BARRIGA,<br>on Behalf of Herself and Others<br>Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>C.H. GUENTHER & SON, INC.<br>d/b/a THE GUENTHER HOUSE<br><br>Defendant. | §§§§§§§§§§§§ | CIVIL ACTION NO. 5:10-cv-135 OLG |

## NOTICE OF CONSENT

I hereby consent to be a party plaintiff in this case, which is a suit to recover unpaid wages under the Fair Labor Standards Act. By doing so, I hereby designate the named plaintiff, Heidi A. Diaz Barriga (the "Representative Plaintiff"), to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiff's counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further understand that these decisions and agreements, made and entered into by the Representative Plaintiff, will be binding on me by virtue of my signing this consent. I also understand that, by joining this case, I will be bound by the judgment, whether it is favorable or unfavorable

1-24-10
Date

Esmeralda Hernandez
Printed Name

_[signature]_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEIDI A. DIAZ BARRIGA,<br>on Behalf of Herself and Others<br>Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>C.H. GUENTHER & SON, INC.<br>d/b/a THE GUENTHER HOUSE<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:10-CV-135 OLG |

## NOTICE OF CONSENT

I hereby consent to be a party plaintiff in this case, which is a suit to recover unpaid wages under the Fair Labor Standards Act. By doing so, I hereby designate the named plaintiff, Heidi A. Diaz Barriga (the "Representative Plaintiff"), to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiff's counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further understand that these decisions and agreements, made and entered into by the Representative Plaintiff, will be binding on me by virtue of my signing this consent. I also understand that, by joining this case, I will be bound by the judgment, whether it is favorable or unfavorable

01-24-2010
Date

MARTIN A. CORREA
Printed Name

_[signature]_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HEIDI A. DIAZ BARRIGA, on Behalf of Herself and Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>C.H. GUENTHER & SON, INC. d/b/a THE GUENTHER HOUSE<br><br>Defendant. | § § § § § § § § § § § § § CIVIL ACTION NO. 5:10-CV-135 OLG |

## NOTICE OF CONSENT

I hereby consent to be a party plaintiff in this case, which is a suit to recover unpaid wages under the Fair Labor Standards Act. By doing so, I hereby designate the named plaintiff, Heidi A. Diaz Barriga (the "Representative Plaintiff"), to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiff's counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further understand that these decisions and agreements, made and entered into by the Representative Plaintiff, will be binding on me by virtue of my signing this consent. I also understand that, by joining this case, I will be bound by the judgment, whether it is favorable or unfavorable.

1/24/10
Date

Blanca E Perez
Printed Name

Blanca E. Perez
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEIDI A. DIAZ BARRIGA,<br>on Behalf of Herself and Others<br>Similarly Situated | §<br>§<br>§<br>§ | CIVIL ACTION NO. 5:10-CV-135 OLG |
| Plaintiff, | §<br>§ | |
| vs. | §<br>§ | |
| C.H. GUENTHER & SON, INC.<br>d/b/a THE GUENTHER HOUSE | §<br>§<br>§ | |
| Defendant. | § | |

## NOTICE OF CONSENT

I hereby consent to be a party plaintiff in this case, which is a suit to recover unpaid wages under the Fair Labor Standards Act. By doing so, I hereby designate the named plaintiff, Heidi A. Diaz Barriga (the "Representative Plaintiff"), to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiff's counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further understand that these decisions and agreements, made and entered into by the Representative Plaintiff, will be binding on me by virtue of my signing this consent. I also understand that, by joining this case, I will be bound by the judgment, whether it is favorable or unfavorable

01-25-2010
Date

Sydney M. Figueroa
Printed Name

Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEIDI A. DIAZ BARRIGA, on Behalf of Herself and Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>C.H. GUENTHER & SON, INC. d/b/a THE GUENTHER HOUSE<br><br>Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 5:10-cv-135 OLG |

## NOTICE OF CONSENT

I hereby consent to be a party plaintiff in this case, which is a suit to recover unpaid wages under the Fair Labor Standards Act. By doing so, I hereby designate the named plaintiff, Heidi A. Diaz Barriga (the "Representative Plaintiff"), to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiff's counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further understand that these decisions and agreements, made and entered into by the Representative Plaintiff, will be binding on me by virtue of my signing this consent. I also understand that, by joining this case, I will be bound by the judgment, whether it is favorable or unfavorable

January 25, 2010
Date

Alma R. Alonzo
Printed Name

_[signature]_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEIDI A. DIAZ BARRIGA,<br>on Behalf of Herself and Others<br>Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>C.H. GUENTHER & SON, INC.<br>d/b/a THE GUENTHER HOUSE<br><br>Defendant. | §§§§§§§§§§§§§ | CIVIL ACTION NO. 5:10-cv-135-OLG |

## NOTICE OF CONSENT

I hereby consent to be a party plaintiff in this case, which is a suit to recover unpaid wages under the Fair Labor Standards Act. By doing so, I hereby designate the named plaintiff, Heidi A. Diaz Barriga (the "Representative Plaintiff"), to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiff's counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further understand that these decisions and agreements, made and entered into by the Representative Plaintiff, will be binding on me by virtue of my signing this consent. I also understand that, by joining this case, I will be bound by the judgment, whether it is favorable or unfavorable

01-26-10
Date

Minerva Valdez
Printed Name

_/s/ Minerva Valdez_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEIDI A. DIAZ BARRIGA, on Behalf of Herself and Others Similarly Situated, Plaintiff, | § § § § § § | CIVIL ACTION NO. 5:10-cv-135 OLG |
| vs. | § § | |
| C.H. GUENTHER & SON, INC. d/b/a THE GUENTHER HOUSE, Defendant. | § § § § § | |

### NOTICE OF CONSENT

I hereby consent to be a party plaintiff in this case, which is a suit to recover unpaid wages under the Fair Labor Standards Act. By doing so, I hereby designate the named plaintiff, Heidi A. Diaz Barriga (the "Representative Plaintiff"), to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiff's counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further understand that these decisions and agreements, made and entered into by the Representative Plaintiff, will be binding on me by virtue of my signing this consent. I also understand that, by joining this case, I will be bound by the judgment, whether it is favorable or unfavorable

01-26-10
Date

Martha Garcia
Printed Name

Martha Garcia
Signature